COLE PEDROZA LLP
Kenneth R. Pedroza, SBN 184906
kpedroza@colepedroza.com
Dana L. Stenvick, SBN 254267
dstenvick@colepedroza.com
2670 Mission Street, Suite 200
San Marino, CA  91108
Tel.:   (626) 431-2787
Fax:   (626) 431-2788

Attorneys for Defendant
CIGNA HEALTH AND LIFE INSURANCE COMPANY, CONNECTICUT
GENERAL LIFE INSURANCE COMPANY, and CIGNA HEALTHCARE OF
CALIFORNIA, INC.

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAMDY CONSULTING, INC.,<br><br>                    Plaintiff,<br><br>vs.<br><br>CIGNA HEALTH AND LIFE<br>INSURANCE COMPANY., a<br>California Corporation, and DOES 1<br>through 20, inclusive,<br><br>                    Defendants. | Case No. 2:16:cv-02299-RGK-MRW<br><br>**ANSWER TO SECOND AMENDED COMPLAINT**<br><br><br><br>Complaint Filed:   02/17/16 |

    COME NOW defendants CIGNA HEALTH AND LIFE INSURANCE

COMPANY, CONNECTICUT GENERAL LIFE INSURANCE COMPANY,

and CIGNA HEALTHCARE OF CALIFORNIA (together, "defendants") for

---

1

**ANSWER TO SECOND AMENDED COMPLAINT**

themselves and no other defendants hereby answers the Second Amended Complaint of plaintiff NAMDY CONSULTING, INC. as follows:

## RESPONDING TO ALLEGATIONS IN COMPLAINT

1.      In response to paragraph 1 of the Second Amended Complaint, defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 1.

2.      In response to paragraph 2 of the Second Amended Complaint, defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 2.

3.      In response to paragraph 3 of the Second Amended Complaint, defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 3.

4.      In response to paragraph 4 of the Second Amended Complaint, defendants admit that Cigna Health and Life Insurance Company is a Connecticut corporation.  Defendants further admit that claims were made for medical care provided by J.S.E. Emergency Medical Group, Inc. ("JSE") to some patients who were enrolled in benefit plans for which Cigna Health and Life Insurance Company or one of the other defendants provided administrative services during the alleged time period.  Defendants deny that all patients identified in the attached Exhibits were enrolled in benefit plans administered by the defendants. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 4.

5.      In response to the allegations in paragraph 5 of the Second Amended Complaint, defendants deny that they are in a better position than plaintiff and its alleged assignor, JSE, to know exactly which alleged members received treatment from JSE.  Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 5.

**ANSWER TO SECOND AMENDED COMPLAINT**

6.      Defendants admit that defendant Cigna Health and Life Insurance Company and Connecticut General Life Insurance Company are Connecticut corporations licensed to do business in California.  Defendants admit that Cigna Healthcare of California is a California corporation licensed to do business in California.  Defendants admit that, for a majority of patients whose claims are at issue in this litigation, defendants do not act as insurers, but provide administrative services to health plans.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 6.

7.      In response to paragraph 7 of the Second Amended Complaint, defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 7.

8.      In response to paragraph 8 of the Second Amended Complaint, defendants deny the allegations.

9.      In response to the second paragraph 8 of the Second Amended Complaint, defendants deny that they failed to pay all amounts due for medical services allegedly provided by JSE.   Defendants further deny that the patients whose claims are at issue in this litigation were all "insureds, members, policyholders, certificate-holders, or were otherwise covered for health, hospitalization, pharmaceutical expenses, and major medical insurance issued and underwritten by defendant."

10.      In response to paragraph 9 of the Second Amended Complaint, defendants are without sufficient knowledge to form a belief as to the truth of the allegations in paragraph 9.

11.      In response to paragraph 10 of the Second Amended Complaint, defendants deny that each of the patients identified by plaintiff is insured by insurance policies issued and underwritten by the defendants.  Defendants further deny that all of the patients identified entered into insurance contracts with

**ANSWER TO SECOND AMENDED COMPLAINT**

defendants.  Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 10.

12.   In response to paragraph 11 of the Second Amended Complaint, defendants do not receive direct payment of premiums from patients covered under group plans and therefore deny that they are currently receiving premiums from all patients identified by the plaintiff.  Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 11.

13.   In response to paragraph 12 of the Second Amended Complaint, defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 12.

14.   In response to paragraph 13 of the Second Amended Complaint, defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 13.

15.   In response to paragraph 14 of the Second Amended Complaint, defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 14.

16.   In response to paragraph 15 of the Second Amended Complaint, defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 15.

17.   In response to paragraph 16 of the Second Amended Complaint, defendants deny each and every allegation therein.

18.   In response to paragraph 17 of the Second Amended Complaint, defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 17.

19.   In response to paragraph 18 of the Second Amended Complaint, defendants deny each and every allegation therein.

**ANSWER TO SECOND AMENDED COMPLAINT**

20.     In response to paragraph 19 of the Second Amended Complaint, defendants admit that payments were made on claims for services allegedly provided by JSE to patients enrolled in health plans administered by one of the defendants.  Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 19.

21.     In response to paragraph 20 of the Second Amended Complaint, defendants admit that JSE submitted bills requesting payment for services provided to patients identified in the Second Amended Complaint.  Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 20.

22.     In response to paragraph 21 of the Second Amended Complaint, defendants deny having been provided with all medical records pertaining to care allegedly provided by JSE.  Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 21.

23.     In response to paragraph 22 of the Second Amended Complaint, defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 22.

24.     In response to paragraph 23 of the Second Amended Complaint, defendants deny each and every allegation therein.

25.     In response to paragraph 24 of the Second Amended Complaint, defendants admit that payments were made on claims submitted related to care provided by JSE and deny that any further amounts are owed.  Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 24.

26.     In response to the allegations in paragraph 25 of the Second Amended Complaint, defendants deny each and every allegation therein.

**ANSWER TO SECOND AMENDED COMPLAINT**

27.     In response to the allegations in paragraph 26 of the Second Amended Complaint, defendants deny each and every allegation therein.

28.     In response to the allegations in paragraph 27 of the Second Amended Complaint, defendants deny each and every allegation therein.

29.     In response to paragraph 28 of the Second Amended Complaint, the allegations are a legal conclusion to which no response is required.

30.     In response to the allegations in paragraph 29 of the Second Amended Complaint, defendant does not dispute the language contained in 28 Cal. Code Regs. Section 1300.71(a)(3)(B).  Defendants deny all remaining allegations contained in paragraph 29.

31.     In response to the allegations in paragraph 30 of the Second Amended Complaint, defendants deny that charges by JSE were all at reasonable and customary rates.  Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 30.

32.     In response to the allegations in paragraph 31 of the Second Amended Complaint, defendants deny each and every allegation therein.

33.     In response to the allegations in paragraph 32 of the Second Amended Complaint, defendants deny that they have manipulated data, deny that they have engaged in any acts to violate California law, deny that any databases or systems used for making payment of claims, if any, are flawed, and deny that they engaged in any acts of collusion.  Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 32.

34.     In response to the allegations in paragraph 33, including its various subparts, of the Second Amended Complaint, defendants deny each and every allegation therein.

**ANSWER TO SECOND AMENDED COMPLAINT**

35.     In response to the allegations in paragraph 34, including its various subparts, of the Second Amended Complaint, defendants deny each and every allegation therein.

36.     In response to the allegations in paragraph 35, including its various subparts, of the Second Amended Complaint, defendants deny each and every allegation therein.

37.     In response to the allegations in paragraph 36, including its various subparts, of the Second Amended Complaint, defendants deny each and every allegation therein.

38.     In response to the allegations in paragraph 37, including its various subparts, of the Second Amended Complaint, defendants deny each and every allegation therein.

39.     In response to the allegations in paragraph 38, including its various subparts, of the Second Amended Complaint, defendants deny each and every allegation therein.

40.     In response to the allegations in paragraph 39, including its various subparts, of the Second Amended Complaint, defendants deny each and every allegation therein.

41.     In response to paragraph 40 of the Second Amended Complaint, the defendants hereby incorporate and reassert all of the foregoing responses to allegations made in the Second Amended Complaint as though fully set forth herein.

42.     In response to paragraph 41 of the Second Amended Complaint, defendants contend that the allegations in paragraph 41 are a legal conclusion to which no response is required.  To the extent that a response is required, defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 41.

**ANSWER TO SECOND AMENDED COMPLAINT**

43.     In response to paragraph 42 of the Second Amended Complaint, defendants are without sufficient knowledge or information to form a belief as to JSE's actions, duties or intent.  Defendants deny the remaining allegations in paragraph 42.

44.     In response to paragraph 43 of the Second Amended Complaint, defendants are without sufficient knowledge or information to form a belief as to JSE's actions.  Defendants deny the remaining allegations in paragraph 43.

45.     In response to paragraph 44 of the Second Amended Complaint, defendants contend that the allegations in paragraph 44 are a legal conclusion to which no response is required.  To the extent that a response is required, defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 44.

46.     The plaintiff's Second Amended Complaint omits paragraphs 45-46. Defendants therefore provide no response to paragraphs 45 or 46 herein.

47.     In response to the allegations in paragraph 47, including its various subparts, of the Second Amended Complaint, defendants deny each and every allegation therein.

48.     In response to the allegations in paragraph 48, including its various subparts, of the Second Amended Complaint, defendants deny each and every allegation therein.

49.     In response to paragraph 49 of the Second Amended Complaint, defendants are without sufficient knowledge or information to form a belief as to JSE's actions.  Defendants deny the remaining allegations in paragraph 49.

50.     In response to the allegations in paragraph 50, defendants admit that JSE has made demands for payment for services allegedly provided to patients enrolled in health plans administered by defendants.  Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 50.

**ANSWER TO SECOND AMENDED COMPLAINT**

51.     In response to the allegations in paragraph 51, including its various subparts, of the Second Amended Complaint, defendants deny each and every allegation therein.

52.     In response to paragraph 52 of the Second Amended Complaint, the defendants hereby incorporate and reassert all of the foregoing responses to allegations made in the Second Amended Complaint as though fully set forth herein.

53.     In response to the allegations in paragraph 53 of the Second Amended Complaint, defendants are without sufficient knowledge or information to form a belief as to JSE's actions.  Defendants deny the remaining allegations in paragraph 53.

54.     In response to the allegations in paragraph 54 of the Second Amended Complaint, defendants are without sufficient knowledge or information to form a belief as to JSE's actions.  Defendants deny the remaining allegations in paragraph 54.

55.     In response to the allegations in paragraph 55 of the Second Amended Complaint, defendants are without sufficient knowledge or information to form a belief as to JSE's actions.  Defendants deny the remaining allegations in paragraph 55.

56.     The plaintiff's Second Amended Complaint omits paragraphs 56-58. Defendants therefore provide no response to paragraphs 45 or 46 herein.

57.     In response to paragraph 59 of the Second Amended Complaint, the defendants hereby incorporate and reassert all of the foregoing responses to allegations made in the Second Amended Complaint as though fully set forth herein.

58.     In response to the allegations in paragraph 60 of the Second Amended Complaint, defendants are without sufficient knowledge or information

**ANSWER TO SECOND AMENDED COMPLAINT**

to form a belief as to JSE's actions.  Defendants deny the remaining allegations in paragraph 60.

59.     In response to the allegations in paragraph 61 of the Second Amended Complaint, defendants are without sufficient knowledge or information to form a belief as to JSE's actions.  Defendants deny the remaining allegations in paragraph 61.

60.     In response to paragraph 62 of the Second Amended Complaint, defendants contend that the allegations in paragraph 44 are a legal conclusion to which no response is required.  To the extent that a response is required, defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 62.

61.     In response to the allegations in paragraph 63 of the Second Amended Complaint, defendants are without sufficient knowledge or information to form a belief as to JSE's actions.  Defendants deny the remaining allegations in paragraph 63.

62.     In response to the allegations in paragraph 64 of the Second Amended Complaint, defendants are without sufficient knowledge or information to form a belief as to JSE's actions.  Defendants deny the remaining allegations in paragraph 64.

63.     In response to the allegations in paragraph 65 of the Second Amended Complaint, defendants are without sufficient knowledge or information to form a belief as to JSE's actions.  Defendants deny the remaining allegations in paragraph 65.

64.     In response to paragraph 66 of the Second Amended Complaint, the defendants hereby incorporate and reassert all of the foregoing responses to allegations made in the Second Amended Complaint as though fully set forth herein.

**ANSWER TO SECOND AMENDED COMPLAINT**

65.     In response to the allegations in paragraph 67, including its various subparts, of the Second Amended Complaint, defendants deny each and every allegation therein.

66.     In response to the allegations in paragraph 68, including its various subparts, of the Second Amended Complaint, defendants deny each and every allegation therein.

67.     In response to the allegations in paragraph 69, including its various subparts, of the Second Amended Complaint, defendants deny each and every allegation therein.

68.     In response to the allegations in paragraph 70 of the Second Amended Complaint, defendants are without sufficient knowledge or information to form a belief as to JSE's actions.  Defendants deny the remaining allegations in paragraph 70.

69.     In response to the allegations in paragraph 71, including its various subparts, of the Second Amended Complaint, defendants deny each and every allegation therein.

70.     In response to the allegations in paragraph 72 of the Second Amended Complaint, defendants are without sufficient knowledge or information to form a belief as to JSE's actions.  Defendants deny the remaining allegations in paragraph 72.

71.     In response to the allegations in paragraph 73, including its various subparts, of the Second Amended Complaint, defendants deny each and every allegation therein.

72.     In response to the allegations in the second paragraph numbered 73 of the Second Amended Complaint, the defendants hereby incorporate and reassert all of the foregoing responses to allegations made in the Second Amended Complaint as though fully set forth herein.

**ANSWER TO SECOND AMENDED COMPLAINT**

73.     In response to the allegations in paragraph 74 of the Second Amended Complaint, defendants are without sufficient knowledge or information to form a belief as to JSE's actions.  Defendants deny the remaining allegations in paragraph 74.

74.     In response to the allegations in paragraph 75, including its various subparts, of the Second Amended Complaint, defendants deny each and every allegation therein.

75.     In response to the allegations in paragraph 76, including its various subparts, of the Second Amended Complaint, defendants deny each and every allegation therein.

76.     In response to paragraph 77 of the Second Amended Complaint, the defendants hereby incorporate and reassert all of the foregoing responses to allegations made in the Second Amended Complaint as though fully set forth herein.

77.     In response to the allegations in paragraph 78, including its various subparts, of the Second Amended Complaint, defendants deny each and every allegation therein.

78.     In response to the allegations in paragraph 79 of the Second Amended Complaint, defendants are without sufficient knowledge or information to form a belief as to JSE's actions.  Defendants deny the remaining allegations in paragraph 79.

79.     In response to the allegations in paragraph 80 of the Second Amended Complaint, defendants are without sufficient knowledge or information to form a belief as to JSE's actions.  Defendants deny the remaining allegations in paragraph 80.

80.     In response to the allegations in paragraph 81 of the Second Amended Complaint, defendants are without sufficient knowledge or information

**ANSWER TO SECOND AMENDED COMPLAINT**

1  to form a belief as to JSE's actions.  Defendants deny the remaining allegations in
2  paragraph 81.

3       81.    In response to the allegations in paragraph 82 of the Second
4  Amended Complaint, defendants are without sufficient knowledge or information
5  to form a belief as to JSE's actions or legal status.  Defendants deny the
6  remaining allegations in paragraph 82.

7       82.    In response to the allegations in paragraph 83 of the Second
8  Amended Complaint, defendants are without sufficient knowledge or information
9  to form a belief as to JSE's actions.  Defendants deny the remaining allegations in
10  paragraph 83.

11       83.    In response to the allegations in paragraph 84 of the Second
12  Amended Complaint, defendants are without sufficient knowledge or information
13  to form a belief as to JSE's actions.  Defendants deny the remaining allegations in
14  paragraph 84.

15       84.    In response to paragraph 85 of the Second Amended Complaint, the
16  defendants hereby incorporate and reassert all of the foregoing responses to
17  allegations made in the Second Amended Complaint as though fully set forth
18  herein.

19       85.    In response to the allegations in paragraph 86 of the Second
20  Amended Complaint, defendants are without sufficient knowledge or information
21  to form a belief as to the truth of the allegations in paragraph 86.

22       86.    In response to the allegations in paragraph 87 of the Second
23  Amended Complaint, defendants deny each and every allegation therein.

24       87.    In response to the allegations in paragraph 88 of the Second
25  Amended Complaint, defendants deny each and every allegation therein.

26       88.    In response to the allegations in paragraph 89 of the Second
27  Amended Complaint, defendants deny each and every allegation therein.

28

**ANSWER TO SECOND AMENDED COMPLAINT**

89.     In response to the allegations in paragraph 90 of the Second Amended Complaint, defendants deny each and every allegation therein.

90.     In response to the allegations in paragraph 91 of the Second Amended Complaint, defendants deny each and every allegation therein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

#### (Failure to State a Cause of Action)

1.     Plaintiff's complaint fails to state facts sufficient to constitute a cause of action against these answering defendants.

### SECOND AFFIRMATIVE DEFENSE

#### (Statute of Limitations)

2.     Plaintiff's complaint is barred by the applicable statutes of limitations including, but not limited to, Code of Civil Procedure sections 337, 338, 339, and 343.

### THIRD AFFIRMATIVE DEFENSE

#### (Preemption)

3.     The claims encompassed by plaintiff's complaint are preempted by federal law, including, but not limited to, the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1001, *et seq.*

### FOURTH AFFIRMATIVE DEFENSE

#### (Assumption of Risk)

4.     That at all times herein mentioned, plaintiff knew, or should have known, that plaintiff was rendering medical services for which it would not receive any, partial, or full payment.  By rendering such medical services,

14

**ANSWER TO SECOND AMENDED COMPLAINT**

plaintiff freely, voluntarily, and expressly assumed all risks attendant thereto, thereby barring and/or reducing plaintiff's recovery herein.

## FIFTH AFFIRMATIVE DEFENSE

### (Consent)

5.     Plaintiff gave express written, oral, and/or implied consent to accept the amounts paid by these answering defendants as payment in full for the medical services rendered.

## SIXTH AFFIRMATIVE DEFENSE

### (Indemnity)

6.     These answering defendants contend that there is no basis for liability to plaintiff.  Should these answering defendants be found liable to plaintiff on the complaint herein, these answering defendants should, in whole or in part, be indemnified by other parties who are liable in whole or in part to plaintiff.

## SEVENTH AFFIRMATIVE DEFENSE

### (Reduction)

7.     These answering defendants are entitled to an offset and/or reduction, and plaintiff is barred from recovering from these answering defendants, any and all amounts paid for plaintiff's alleged damages by way of settlement or judgment of any claim, incident or lawsuit which may have contributed to the damages referred to in the complaint.

## EIGHTH AFFIRMATIVE DEFENSE

### (Equitable Estoppel)

8.     Plaintiff's claims are barred by virtue of equitable estoppel.

**ANSWER TO SECOND AMENDED COMPLAINT**

## NINTH AFFIRMATIVE DEFENSE

### (Release, Collateral Estoppel, Res Judicata)

9.      Plaintiff's claims are barred by virtue of settlement, release, collateral estoppel and/or res judicata.

## TENTH AFFIRMATIVE DEFENSE

### (Unclean Hands, Waiver, Laches)

10.      Plaintiff's claims are barred by the doctrines of unclean hands, waiver, laches, and estoppel.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

11.      Plaintiff has failed to exercise reasonable care and diligence to avoid loss and to minimize damages and, therefore, plaintiff may not recover for losses which could have been prevented by reasonable efforts on his own part, or by expenditures that might reasonably have been made.  Therefore, plaintiff's recovery, if any, should be reduced by the failure of plaintiff to mitigate its claimed damages.

## TWELFTH AFFIRMATIVE DEFENSE

### (Failure to Exhaust Administrative Remedies)

12.      Plaintiff failed to exhaust all administrative remedies under the law before commencing suit.

///
///
///
///

16

**ANSWER TO SECOND AMENDED COMPLAINT**

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Accord and Satisfaction)

13.     Plaintiff's claims are barred because these answering defendants paid, and plaintiff accepted, a mutually agreed upon certain amount in full satisfaction and discharge of the causes of action set forth in the complaint.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Contract-Related Failures)

14.     Plaintiff's claims are barred because by virtue of the failure of consideration, failure of a condition precedent, and/or failure of plaintiff to perform acts which constituted consideration and material conditions precedent to Defendants' performance of obligations to Plaintiff.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Indemnity)

15.     This answering defendant contends that there is no basis for liability to plaintiff.  Should defendant be found liable to plaintiff on the complaint herein, defendant should be indemnified in whole or in part by others who are not parties to this litigation who are liable in whole or in part to plaintiff.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Statute of Frauds)

16.     Plaintiff's claims are barred by the statute of frauds.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Lack of Standing)

17.     Plaintiff lacks standing to bring this action as under ERISA, 29 U.S.C. § 1132.

**ANSWER TO SECOND AMENDED COMPLAINT**

1

## EIGHTEENTH AFFIRMATIVE DEFENSE

2

### (No Abuse of Discretion)

3      18.      Plaintiff's claims are barred because there has been no abuse of

4   discretion by the plan administrators for the benefit plans at issue.

5

6

## NINTEENETH AFFIRMATIVE DEFENSE

7

### (No Assignment)

8      19.      Plaintiff's claims are barred because the members of the employee

9   benefit plans did not assign their benefits to plaintiff, any such assignment was

10   invalid or enforceable, the plans prohibit any such assignment, and/or these

11   answering defendants did not consent to any such assignment.

12

13

## TWENTIETH AFFIRMATIVE DEFENSE

14

### (Additional Affirmative Defenses)

15      20.      These answering defendants presently have insufficient knowledge

16   or information on which to form a belief as to whether it may have additional, as

17   yet unstated, defenses available.  These answering defendants reserve herein the

18   right to assert additional affirmative defenses in the event discovery indicates that

19   they would be appropriate.

20

21

## PRAYER

22      WHEREFORE, defendants CIGNA HEALTH AND LIFE INSURANCE

23   COMPANY, CONNECTICUT GENERAL LIFE INSURANCE COMPANY,

24   and CIGNA HEALTHCARE OF CALIFORNIA respectfully pray for judgment

25   as follows:

26      1.      That judgment be entered in favor of Defendants and against

27           Plaintiff;

28      2.      That Defendants recover the costs of suit incurred herein;

18

**ANSWER TO SECOND AMENDED COMPLAINT**

3.     That Defendants be awarded their attorney's fees and expert witness fees to the extent provided by law; and

4.     For such other and further relief as the court may deem just and proper.

DATED:  May 27, 2016                              COLE PEDROZA LLP

By_____/s/_____
        Dana L. Stenvick
Attorneys for Defendant
CIGNA HEALTH AND LIFE INSURANCE
COMPANY

**ANSWER TO SECOND AMENDED COMPLAINT**

## CERTIFICATE OF SERVICE

**Case Name:  Namdy v. Cigna Health and Life Insurance**
**No.  2:16:cv-02299-RGK-MRW**

I hereby certify that on May 27, 2016, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### ANSWER TO SECOND AMENDED COMPLAINT

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 27, 2016, at San Marino, California.

Cynthia Michelena                                        /s/ *Cynthia Michelena*
_____              _____
              Declarant                                                        Signature

**ANSWER TO SECOND AMENDED COMPLAINT**