

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| | **WESTERN DIVISION**<br>312 North Spring Street, Room G–8<br>Los Angeles, CA 90012<br>Tel: (213) 894–3535 | **SOUTHERN DIVISION**<br>411 West Fourth Street, Suite 1053<br>Santa Ana, CA 92701–4516<br>(714) 338–4750 |
| **KIRY K. GRAY**<br>Clerk of Court | | **EASTERN DIVISION**<br>3470 Twelfth Street, Room 134<br>Riverside, CA 92501<br>(951) 328–4450 |

June 9, 2016

  Los Angeles Cunty Superior Court
  111 N. Hill Street
  Los Angeles, CA 90012

Re:  Case Number:     2:16–cv–02299–RGK–MRW
      Previously Superior Court Case No.     16K01925
      Case Name:     NAMDY CONSULTING, INC. V. CIGNA HEALTH AND LIFE INSURANCE COMPANY ET AL

Dear Sir/Madam:

    Pursuant to this Court's ORDER OF REMAND issued on     6/8/16    , the above–referenced case is hereby remanded to your jurisdiction.

    Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

    Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

                                                                       Respectfully,

                                                                       Clerk, U.S. District Court

                                                                       By:  /s/ *Brent Pacillas*
                                                                           Deputy Clerk
                                                                          Brent_Pacillas@cacd.uscourts.gov
                                                                          Western Division

*cc: Counsel of record*

---

Receipt is acknowledged of the documents described herein.

                                                                          Clerk, Superior Court

_____                     By: _____
Date                                                                       Deputy Clerk